## MEYERS v. MEYERS.

No. 23352.   Opinion Filed Nov. 1, 1932.

Wells, Nichols & Greer, for plaintiff in error.

Frank C. Crouch, for defendant in error.

LESTER, C. J.   The defendant in error in this cause has filed a confession of error which recites in part that the judgment of the district court was not sustained by the evidence and is contrary to law.   Upon said confession of error, the judgment of the district court is reversed and set aside.

CLARK, V. C. J., and RILEY, HEFNER, CULLISON, SWINDALL, ANDREWS, Mc-NEILL, and KORNEGAY, JJ., concur.